IN THE COURT OF APPEALS OF MARYLAND


No.65


September Term, 2013


CANDACE MEGAN BURNS


v.


STATE OF MARYLAND


Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
McDonald
Watts,

                    JJ.


PER CURIAM ORDER


Filed: April 10, 2014

CANDACE MEGAN BURNS         *     IN THE

                                     *     COURT OF APPEALS

         v.                      *     OF MARYLAND

                                     *     No. 65

STATE OF MARYLAND           *     September Term, 2013

## PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 10th day of April, 2014,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

                                         /s/ Mary Ellen Barbera
                                              Chief Judge